UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN THE MATTER OF THE PRETRIAL DETENTION OF THE FOLLOWING DEFENDANTS<br><br>(1) JOSEPH BAGROWSKI, a/k/a "Joe B,"<br>(2) BILL PHIM, a/k/a "Bonez,"<br>(3) ERICKSON DAO, a/k/a "Silent,"<br>(4) BRIAN GINGRAS, a/k/a "Cheech,"<br>(5) MARCUS HOLDER, a/k/a "Heartless,"<br>(6) SARY RATH, a/k/a "BG," a/k/a "Bad Guy," a/k/a "Baby Gangster,"<br>(7) ANEL REYES, a/k/a "A-Tecc," a/k/a "A.T.E.C.,"<br>(8) SAMNANG SON, a/k/a "Smiley," and<br>(9) BILLY CHAN, a/k/a "Juju." | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Criminal Nos. 23-cr-10198-PBS<br>23-cr-10199-NMG<br>23-cr-10200-FDS<br>23-cr-10201-AK |

**DETENTION AFFIDAVIT OF MATTHEW R. ZAREMBA**

I, Matthew R. Zaremba, being duly sworn, depose and state as follows:

## I.      INTRODUCTION

1.      I submit this affidavit in support of the government's motion that the following individuals be detained pending trial or in support of the government's request for conditions of pretrial release for:

a.     **SARY RATH, a/k/a "BG," a/k/a "BAD GUY," a/k/a "BABY GANGSTER"**

b.     **ANEL REYES, a/k/a "A-TECC," a/k/a "A.T.E.C."**

c.     **SAMNANG SON, a/k/a "SMILEY,"**

d.     **BILLY CHAN, a/k/a JUJU,"**

e.     **BILL PHIM, a/k/a "BONEZ,"**

f.     **ERICKSON DAO, a/k/a "SILENT,"**

g.     **BRIAN GINGRAS, a/k/a "CHEECH,"**

h.     **MARCUS HOLDER, a/k/a "HEARTLESS" and**

i.     **JOSEPH BAGROWSKI, a/k/a "JOE B."**

## II.     BACKGROUND OF INVESTIGATION

2.     In June 2021, fifteen members and associates of a Lowell-based gang, One Family Clique ("OFC"), were charged and arrested, for perpetrating large-scale drug trafficking and money laundering conspiracies. *See United States v. Sarath Yut, et al. Cr No. 21-CR-10183-WGY*. During the investigation, agents seized or purchased approximately 12 kilograms of methamphetamine, 2.4 kilograms of cocaine, 2.1 kilograms of MDMA, 513 grams of heroin, and 169 grams of fentanyl; $177,591 in cash; two pill presses; and seven firearms.  Additionally, post takedown, a spin-off investigation was initiated into a prison drug trafficking and money laundering conspiracy, resulting in the January 2023 indictment of OFC gang leader, Sarath Yut, and three new defendants. *See United States v. Sarath Yut, et al. Cr No. 23-CR-10009-WGY*.

3.     Much of the violence in Lowell prior to and during the investigation was attributed to OFC and their rival gangs. Historically, members and associates from both sides have been involved in acts of violence, back and forth, to include a series of fatal and non-fatal shootings that continued through 2020. As a result of this surge in violence, the Lowell Police Department partnered with federal law enforcement agencies and successfully disrupted OFC's violence and drug trafficking.

4.      During the announcement of the arrests at the June 2021 takedown, Joseph R. Bonavolonta, Special Agent in Charge of the Federal Burau of Investigation's ("FBI") Boston Division, at the time, stated "We believe this crew jeopardized public safety, and steadily poisoned the parts of Lowell they controlled, dealing large quantities of methamphetamine, cocaine, heroin and fentanyl, while conspiring to launder their profits to hide what they were doing. We will not cede our cities to drug pushers who have absolutely no regard for the harm and violence they bring into our neighborhoods, and the FBI will stop at nothing to investigate, disrupt and hold accountable those who try to fill the void left by today's arrests."

5.      Of the original fifteen defendants, thirteen have pled guilty.  The fourteenth has a scheduled change of plea hearing, and the remaining defendant is a fugitive.  Thus far, the District Judge has imposed sentences on One Family Clique defendants ranging from 16 months to 84 months imprisonment.

6.      Following the dismantling of OFC, one of the rival gangs in Lowell, the Asian Boyz ("ABZ"), did just what law enforcement warned them not to do – they sought to expand their drug trafficking network and take over the lucrative criminal markets vacated by OFC.  Once again, the Lowell Police Department partnered with the FBI Boston, Lowell RA's Merrimack Valley Transnational Organized Crime Task Force (MVTOC TF) to investigate, identify and disrupt the violence and other criminal activities, including drug and firearm trafficking, being carried out by ABZ members and associates.

### III.    ASIAN BOYZ GANG

7.      ABZ is one of the nation's largest Asian street gangs. The gang was formed in California in the early 1990's by Cambodian youth, as part of a rivalry with Hispanic gangs. Similar to how other Asian gangs formed, refugees from the post-Vietnam war era settled in

California and found themselves targets of harassment and violence from other already established street gangs, especially Hispanic gangs. ABZ eventually spread throughout the country and into the northeast, including Lowell, Massachusetts.

8.    ABZ is comprised of primarily males of Vietnamese, Cambodian, or Laotian heritage, but have expanded to include other ethnicities such as Hispanic, Filipino, Korean, Caucasian, and African American. ABZ is considered a Crips gang, and members use the color blue, or "blue rag," and the number sequence 1226 – a numerical representation of "ABZ", *i.e.*, A(1) B(2) Z(26) – as identifiers. They also use hand signs resembling the letter "A," for the first



Source: Facebook page for A.B.Z. 1226 World Wide Crip Gang[1]

letter of the gang name, Asian Boyz, and "C" for the first letter in the word, "Crips." The acronym "LOC" is also prominent, typically interpreted as "love of Crips."

---

[1] A.B.Z. 1226 World Wide Crip, photo posted on Facebook Sept 2022
https://www.facebook.com/profile.php?id=100081123019766



Source: (Left) Screenshot from music video featuring Bizzy, Smoke, Dopeboidavinci, BG (**RATH**), and Stupid Young – "Blue Money" (Right) Screenshot from music video featuring BG (**RATH**) & Bizzy – "Get it Low"



Source: Facebook ABZ group photo posted on December 26, 2018, a/k/a ABZ Hood Day. Photo captioned: "Happy H1226D Day !!" **Marcus HOLDER, a/k/a HEARTLESS, Erickson DAO, a/k/a SILENT, Bill PHIM, a/k/a BONEZ, and Sary RATH, a/k/a BG** are present in the photo.

9.    Members and associates of ABZ are known to engage in organized drug and firearm trafficking offenses and acts of violence against rival gang members and associates. While each ABZ set throughout the country operates independently of each other as far a structure and

leadership, the ABZ network has been shown to facilitate interstate narcotics and firearms trafficking offenses.

10.     Historically, ABZ has had one main rival in Lowell in OFC, and particularly one of OFC's subgroups, the Cambodian Mafia Family, another Asian gang aligned with OCF; however, ABZ has had violent feuds with other gangs in Lowell in the past, specifically Tiny Rascal Gang – Grey, the Outlaws, and several Blood street gang sets.

11.     Much of the violence in Lowell can be attributed to gangs and drug trafficking. The link between illicit drug trafficking and the prevalence of violent crime in our communities is familiar to law enforcement.  Prior to, and during the OFC investigation, Lowell experienced a dramatic increase in shootings. However, immediately following the arrests in 2021, Lowell saw a 38% decrease in shootings compared to the same time period the previous year. Unfortunately, that reprieve was not long lasting, and shootings began to rise again in 2022. Lowell experienced an 18% increase in shootings, (fatal and non-fatal) in 2022 compared to 2021. 36% of those shootings were gang involved shootings.[2]

12.     Drug related offenses are on the rise as well. Drug trafficking arrests nearly doubled in 2022, with 47 arrests compared to 24 drug trafficking arrests made in 2021.[3] As a result of this investigation, we know that ABZ is actively involved in drug trafficking as well as firearm trafficking in the Lowell area.

13.     In addition to ABZ's criminal activities, they are also associated with a clothing line, LLC, by the name of "Money Affiliated".  I believe that they use this brand, Money Affiliated, to promote the gang and to make money from selling "Money Affiliated" merchandise such as

---

[2] PSN 2022 Annual Stats. *Gang involved shooting means that the victim or the suspect was identified as a known gang member, it does not indicate the motive of the shooting
[3] Lowell Police Department Crime Analysis Unit

hats, t-shirts and other clothing with the brand logo. Identified ABZ members are known to produce and appear in rap videos that are filmed in locations throughout Lowell. They wear Money Affiliated t-shirts and hats, as well as represent ABZ by wearing the color blue, flashing ABZ gang signs, including backdrops with ABZ flags and rapping about the gang life, their criminal activities specific to ABZ and Crips in the Lowell area, shootings, drugs and money.



Source: YouTube video "Blue Money" featuring "**BG", a/k/a Sary RATH** (middle front). **Erickson DAO, a/k/a SILENT** (right background) wearing Money Affiliated t-shirt.[4]

      14.    In the video titled "Blue Money" featuring **"BG", a/k/a RATH**, and others, they rap about the gang (ABZ) and shooting rival gang members.

Excerpt from YouTube video – "Blue Money" featuring **BG** and others:

> We'll give his ass shots, like a Hennessy sippin.
> Ride around with that nine milli' and I'm strapped though with that four-five.
> I ain't talk about IG but my killers they going to go live.
> If we looking for the enemies I can bet one hundred that they gon' hide.

---

[4] Blue Money- Bizzy, Smokey Loc, Dopeboidavinci, BG, $tupid Young [Official Music Video] – YouTube, accessible at https://www.youtube.com/watch?v=eVsQ8MrOFl0&list=RDeVsQ8MrOFl0&start_radio=1&t=108s (last accessed July 27, 2023)

> N*s talking that gangster shit I can bet one hundred that they won't slide.
> East coast to the west coast, that's like Bad Boy that's like Death Row.
> Homie said he tryna catch a body for the first time, I'm like let's go.
> Police ever ask me questions asking if I ever snitch I say hell no.
> Act up, you get smacked up, bitch I'm strapped up like Velcro…

This is just one example of several Money Affiliated videos posted to YouTube featuring ABZ members where they rap about violence, drugs, money, and guns. Others include, "Get it on the low" Bizzy ft BG- Get it on the low (Official Music Video) - YouTube featuring **RATH, PHIM, HOLDER** and **DAO**;[5] "No time for that" BG - No Time For That [Official Video] - YouTube featuring **RATH** and **GINGRAS**;[6] Bizzy feat BG, Phantom- Gang [Official Music Video] - YouTube featuring **GINGRAS, RATH** and **DAO** and "Devotion"[7] Millyz & $tupid Young - Devotion (Official Video) - YouTube, posted just a few weeks ago, featuring **HOLDER** and other identified ABZ members including one that goes by the name "Stupid Young."[8]

## IV.    METHAMPHETAMINE AND COUNTERFEIT METHAMPHETAMINE PILLS

15.    Methamphetamine is a powerful, highly addictive stimulant that dramatically affects the central nervous system, leading to chronic high blood pressure, increasing user's risk of heart attack or stroke and even death.[9] According to the U.S. Centers for Disease Control and

---

[5] Bizzy ft BG - Get it on the low [Official Music Video] YouTube accessible at https://www.youtube.com/watch?v=wJmkSCkMbSg (last accessed July 27, 2023)

[6] BG – No Time for That [Official Video] YouTube accessible at https://www.youtube.com/watch?v=_wTTA50SiLc (last accessed July 27, 2023

[7] Bizzy feat BG, Phantom – Gang [Official Music Video] YouTube accessible at https://www.youtube.com/watch?v=ooIj3ZiJPSk (last accessed July 27. 2023)

[8] Millyz & Stupid Young – Devotion (Official Video) YouTube accessible at https://www.youtube.com/watch?v=RyLwG9NTm_E (last accessed July 27, 2023)

[9] National Institute on Drug Abuse, Advancing Addiction Science What is methamphetamine? | National Institute on Drug Abuse (NIDA) (nih.gov)

Prevention (CDC), methamphetamine-related drug poisoning deaths rank second behind fentanyl-related drug poisoning deaths. Methamphetamine, a synthetic drug, has euphoric effects that are similar to, but longer lasting than those of cocaine.[10] Methamphetamine generally comes in three forms: powder, crystal or rock; and it can be smoked, snorted, injected, or taken orally in pill form.

16.    Methamphetamine seizures, price and purity data as well as law enforcement reporting all suggest that methamphetamine continues to be readily available throughout the United States.[11] In September 2021, the DEA reported 9.5 million counterfeit pills had been seized so far that year, which was more than the combined seizure totals for 2019 and 2020.[12] In 2021, the DEA warned that international and domestic criminal drug networks are flooding the United States with lethal counterfeit pills.[13] Historically, the Northeast was not a major market for methamphetamine; however in recent years methamphetamine has become more prevalent in this region,[14] with the vast majority being trafficked across the Southwest border and up into New England. Intelligence collected from NEHIDTA suggests that seizures of pills laced with methamphetamine have increased in the New England region over the last two years, but seizures of powder continue to outweigh pill seizures. This trend suggests that the powder is largely being used to press pills locally. In 2022, the DEA in Rhode Island arrested a significant distributor of methamphetamine-laced fake Adderall pills with a seizure of more than 660,500 counterfeit pills, the largest pill seizure in the U.S., with a street value of about $4.6 million. Agents also seized a

---

[10] Oregon Health Authority, Clandestine Drug Labs – Environmental Public Health, What is Methamphetamine? https://www.oregon.gov/oha/ph/healthyenvironments/healthyneighborhoods/clandestinedruglabs/pages/meth.aspx
[11] Drug Enforcement Administration 2020 National Drug Threat Assessment, published March 2021
[12] Drug Enforcement Administration, DEA Issues Public Safety Alert on Sharp Increase in Fake Prescription Pills Containing Fentanyl and Meth, September 27, 2021 https://www.dea.gov/press-releases/2021/09/27/dea-issues-public-safety-alert
[13] See id.
[14] Drug Enforcement Administration, 2019 National Drug Assessment, December 2019 https://www.dea.gov/sites/default/files/2020-01/2019-NDTA-final-01-14-2020_Low_Web-DIR-007-20_2019.pdf

bucket containing 40 pounds (18 kilograms) of meth mixture prepped and ready to be pressed into pill form and two pill presses that could manufacture about 5,000 pills per hour each, according to the press release.   I believe that counterfeit prescription pills containing fentanyl and methamphetamine are now more prevalent on the street than the pharmaceutical-grade drugs they imitate.

17.     The danger in these counterfeit pills is that they may contain lethal amounts of fentanyl or methamphetamine, but they look identical to a legitimate prescription pill, such as Adderall, Percocet, Xanax or other medications. Many of these pills are manufactured and produced in other countries however, they are also produced by domestic drug trafficking organizations using pre-made chemicals and drugs from China and/or Mexico, in labs with subpar conditions, by amateur manufacturers, i.e. drug dealers, with no chemistry training and no quality control mechanisms to ensure dosing is not lethal.[15] Below are examples of authentic prescription medications compared to counterfeit pills that illustrate just how authentic the counterfeit pills appear. [16]

  

Left: Authentic oxycodone M30 tablets (top) vs. counterfeit oxycodone M30 tablets containing fentanyl (bottom). Center: Authentic Adderall tablets (top) vs, counterfeit Adderall tablets containing methamphetamine (bottom). Right: Authentic Xanax tablets (left) vs. counterfeit Xanax tablets containing fentanyl (right). Source: DEA Drug Fact Sheet

---

[15] DOJ/DEA Drug Fact Sheet – Counterfeit pills https://www.dea.gov/sites/default/files/2021-05/Counterfeit%20Pills%20fact%20SHEET-5-13-21-FINAL.pdf
[16] See id.

18.    These counterfeit pills are widely accessible and often sold on social media and e-commerce platforms, making them available to anyone with a smartphone. Given the accessibility, a substantial number of high school and college students purchase from dark web drug markets or through social media.[17] With the recent Adderall shortage, users could be forced to turn to alternative means of obtaining Adderall[18], without any knowledge of the actual ingredients. Law enforcement believes counterfeit traffickers may now be targeting prescription users, specifically prescription Adderall users in order to gain access to a larger user market.[19]

19.    Many students begin using prescription stimulants, often referred to as "study drugs," believing it will benefit their academic performance.[20] Estimates are up to 20% of college students who abuse prescription stimulants for recreational or academic purposes,[21] most often by obtaining the medications from peers who hold prescriptions for the drugs. During a Massachusetts state legislative hearing in 2021, addressing the concerns about the rising use of illegal stimulants such as cocaine and methamphetamine, Walpole Police chief John Carmichael stated that "kids who are prescribed that drug [Adderall] for ADHD, for example, are diverting it to other kids." Carmichael, who chairs the Massachusetts Chiefs of Police Association's substance abuse

---

[17] Moyle L, Childs A, Coomber R, Barratt MJ. #Drugsforsale: An exploration of the use of social media and encrypted messaging apps to supply and access drugs. Int J Drug Policy. 2019 Jan;63:101-110. doi: 10.1016/j.drugpo.2018.08.005. Epub 2018 Dec 7. PMID: 30530252.
[18] As the Adderall shortage continues, here's how Boston area is faring, March 2023 https://www.boston.com/news/health/2023/03/20/adderall-shortage-boston-ma/
[19] Drug Enforcement Administration, 2019 National Drug Assessment, December 2019 https://www.dea.gov/sites/default/files/2020-01/2019-NDTA-final-01-14-2020_Low_Web-DIR-007-20_2019.pdf
[20] University of Rhode Island. "ADHD drugs do not improve cognition in healthy college students." ScienceDaily. ScienceDaily, 19 July 2018.
[21] Benson K, Flory K, Humphreys KL, Lee SS. Misuse of stimulant medication among college students: a comprehensive review and meta-analysis. Clin Child Fam Psychol Rev. 2015 Mar;18(1):50-76. doi: 10.1007/s10567-014-0177-z. PMID: 25575768.

committee, further added that "counterfeit Adderall pills, which are meth, are an increasing problem as well…that leads to addiction."[22]

20.    Subjects in this investigation are aware and have taken advantage of a community that includes many colleges and universities in the Lowell area. In a conversation with **SON** and an undercover agent on March 13, 2023, during a controlled purchase of 1,000 pills containing methamphetamine, **SON** talks about all the students in the area and how they like "Molly". **SON** talks about a friend who sells capsules – "the real ones" selling for $30 each. The conversation continues:

<table>
<tr><td><strong>SON</strong>:</td><td>"either that or Molly, the college kids over here, they do a lot of Molly…this like college city basically"</td></tr>
<tr><td>UCE:</td><td>"this is a college city?"</td></tr>
<tr><td><strong>SON</strong>:</td><td>"Yeah, you got UMass here, you got UMass Lowell"</td></tr>
<tr><td>UCE:</td><td>"That's true, that's so true"</td></tr>
<tr><td colspan="2">UCE or CW-2: "Is it that big of a party school though?"</td></tr>
<tr><td><strong>SON</strong>:</td><td>"yeah…you come here during the summer like you go on school street, that's all you see, college kids walking up and down [unintelligible] where all the colleges are"</td></tr>
<tr><td>UCE:</td><td>"anything good? Potential?"</td></tr>
<tr><td><strong>SON</strong>:</td><td>"mhm"</td></tr>
<tr><td>UCE:</td><td>"UMass Amherst has a lot of party schools up there"</td></tr>
<tr><td><strong>SON</strong>:</td><td>"yeah"</td></tr>
</table>

---

[22] WBUR Study: Massachusetts Leads In Stimulant Prescriptions, May 2021
https://www.wbur.org/news/2021/05/05/study-massachusetts-leads-in-stimulant-prescriptions

UCE:          "but that's like in the middle of nowhere, right?"

**SON**:        "yeah, but like downtown, they got like clubs and stuff so you see a whole bunch of kids everywhere. Yeah, guys let me know…"

21.    Lowell community appears to be particularly vulnerable to the proliferation of counterfeit prescription pills.  At the state level, the opioid-related death rate per 100,000 residents is 30.2. In Greater Lowell in 2021, Lowell's opioid-related overdose death rate almost doubled that.[23] The state rate of opioid-related EMS calls is approximately 237 per 100,000 residents. The Greater Lowell rate is significantly higher, at 442 per 100,000; when Lowell is isolated, its city-specific rate is more than three times the state rate.[24]

22.    In October 2022, twenty-three individuals in Massachusetts were charged in connection with a North Shore-based drug trafficking organization, for manufacturing and distributing tens of thousands of counterfeit prescription pills. It is alleged that defendants obtained their drug supply from other sources and that defendants had access to pill press machines used to create counterfeit pills to later sell along the North Shore. The investigation resulted in numerous seizures of controlled substances, including over 74,000 counterfeit Adderall pills containing meth. Following the announcement of the arrests, DEA Special Agent in Charge of Boston Field Division stated, "Massachusetts is in the midst of a devastating opioid crisis as deaths from deadly fake pills soar." The (former) Colonel of the Massachusetts State Police, Christopher Mason, added "The Practice of disguising fentanyl and other dangerous drugs as prescription medication

---

[23] MA DPH Number of Opioid-Related Overdose Deaths, All Intents, by City/Town, 2015-2021 Trinity EMS Overdose Report April 2022, *2022 Greater Lowell Community Health Needs Assessment*, https://www.lowellgeneral.org/files/lghPublication/documentFile/2022-greater-lowell-community-health-needs-assessment-v6a.pdf
[24] See id.

is especially nefarious for the dangers it poses to unsuspecting users and the new addictions it fuels."[25]

## V.    ASIAN BOYZ DRUG TRAFFICKING

23.    The joint federal investigation by the FBI and Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), in partnership with the Lowell Police Department and other local police departments, which began in approximately March 2021, proved that Asian Boyz gang members had access to a plentiful supply of homemade methamphetamine pills marketed as the prescription medication, Adderall.    The pills seized in the investigation appeared to be manufactured as imitations, sharing very similar characteristics of color, shape, size and markings with authentic Adderall.    These pills contained methamphetamine, which was almost always mixed with caffeine or another stimulant.    During the investigation, all defendants, with the exception of **REYES**, distributed or conspired to distribute these counterfeit "Adderall" methamphetamine pills, or "Ads" or "Addies," as they were called.    And all the defendants who distributed these pills were Asian Boyz members, with the exception of **GINGRAS** and **BAGROWSKI**, who are long-time, close gang associates, and **CHAN**, who lived with **SON** and is an associate of an aligned group.

24.    The investigation further demonstrated that the defendants likely shared access to the same sources of supply, and even worked together to distribute the counterfeit "Adderall" methamphetamine pills and other narcotics for profit.    On two dates in September 2021, **BAGROWSKI** sold counterfeit "Adderalls" to a witness cooperating with the government, (hereinafter referred to as "CW-1").    Approximately six weeks later, in November 2021, **RATH**

---

[25] USAO District of Massachusetts Press Release, 23 Individuals Charged with Trafficking Counterfeit Prescription Pills, October 26, 2022 https://www.justice.gov/usao-ma/pr/23-individuals-charged-trafficking-counterfeit-prescription-pills

sold a bulk quantity of nearly identical pills to CW-1. Around the same time, **RATH** met with an FBI undercover officer posing as a music industry insider. They discussed ways of promoting Rath's music. Before the meeting ended, the undercover officer asked Rath about buying fentanyl and cocaine, and Rath assured the officer that he could help. Shortly thereafter, in December 2021, Rath invited the undercover officer to an improvised music studio he controlled in Chelmsford. There, **RATH** introduced the undercover officer to **REYES**, who sold the undercover officer fentanyl.

25.    Finally, between February 2022 and October 2022, **PHIM** sold an FBI undercover agent with over 11,000 counterfeit "Adderall" methamphetamine pills. The undercover agent paid **PHIM** over $40,000 for the pills. Specifically, as described below in greater detail below, beginning in March 2022, **PHIM** sold counterfeit "Adderall" methamphetamine pills to the undercover officer on 12 different dates. The investigation revealed that **PHIM** acquired the pills from – and shared illegal profits with – three different sources, all of them Asian Boyz gang members: **DAO**, **GINGRAS**, and **HOLDER**. The following paragraphs detail the undercover deals with PHIM, all of which were recorded with covert audio/video recording devices, and the execution of search warrants at the residences of his suppliers, **DAO** and **GINGRAS**. Undeterred by his suppliers getting wiped out by law enforcement one-by-one, **PHIM** continued to source methamphetamine pills to sell to the undercover agent, moving on to a third supplier, **HOLDER**.

### A. PHIM-DAO DRUG DEALS

#### a. <u>February 2022</u>

26.    At 12:32 p.m. on the day of the deal, **PHIM** arrived at **DAO's** residence in Lowell in his blue Subaru.  He exited his car (below, right) and briefly entered the residence.  One hour later, at approximately 1:39 p.m., the undercover agent arrived at a pre-arranged address on Fernald Street in Lowell (hereinafter, "the Fernald Street address"), where **PHIM** conducted most of his drug deals.  **PHIM** was already parked at the Fernald Street address prior to undercover agent's arrival.  The undercover agent exited the vehicle as **PHIM** retrieved the pills from the vehicle. The undercover agent then paid **PHIM** $2,000 in official agency funds and **PHIM** gave the undercover



agent approximately 500 fake Adderall pills sorted amongst five bags, each containing orange pills.  At 4:00 p.m., **PHIM** returned to **DAO**'s residence where he met **DAO**.  **DAO** was observed opening the door to let **PHIM** in.  Two minutes later **PHIM**, exited.  Laboratory testing of the pills purchased from **PHIM** proved positive for methamphetamine, with a weight of 141.6 grams.

### b.    First March 2022 deal

27.    At approximately 1:38 p.m. on the date of the deal, **PHIM** arrived at the Fernald Street address.  At 3:58 p.m., the undercover agent arrived at same location. The undercover agent exited the car and approached the residence at the Fernald Street address where the undercover agent paid **PHIM** $2,000 in official agency funds, and **PHIM** gave the undercover agent one bag of 500 fake Adderall pills in return (**PHIM** pictured below at the Fernald Street Address).  At 4:00 p.m., the undercover agent departed the residence. Two hours later, **PHIM** arrived at **DAO**'s residence, where he again met **DAO** (photo below, right). **PHIM** appeared to be handing an object to **DAO** as he entered the residence. Approximately 2 minutes later **PHIM** exited the residence

 

and departed. Laboratory testing returned positive results for methamphetamine with a total weight of 143.1 grams.

### c.    Second March 2022 deal

28.    At 5:25 p.m. on the date of the deal, a black Jeep arrived at **DAO**'s residence.  A female associate of  **PHIM**'s, whose identity is known to law enforcement (hereinafter, UF-1), exited her car and entered the residence with a bulge in their sweatshirt.  Approximately one minute later, they exited the with a slightly different bulge in the pocket of their sweatshirt. The female associate returned to the black Jeep and departed.  At 6:05 p.m., at **PHIM's** residence in Nashua,

New Hampshire, his blue Subaru and the black Jeep were observed (pictured below, left). About 12 minutes later, the black Jeep departed with **PHIM** driving. At approximately 6:22 p.m., **PHIM** arrived at 270 Amherst Street in Nashua, and parked where the undercover agent arrived ten minutes later. **PHIM** then exited and entered the passenger seat of the undercover agent's vehicle.

 

**PHIM** then handed the undercover agent a plastic bag which contained five bags of approximately 100 orange pills each for a total of approximately 500 pills (pictured above, right). The undercover agent then paid $2,000 of official agency funds. Laboratory testing returned positive results for methamphetamine with a total weight of 140.2 grams.

### d. First April 2022 deal

29.   At 3:00 p.m. on the date of the deal, **PHIM** was observed arriving at the Fernald Street address for a pre-arranged drug deal with the undercover officer, who arrived shortly



thereafter at approximately 3:04 p.m. Once the undercover agent was parked, **PHIM** entered the front passenger side of the undercover vehicle (pictured above, left).  The undercover agent paid **PHIM** $2,000 in official agency funds and **PHIM** gave the undercover agent approximately 500 fake Adderall pills, leaving the vehicle only minutes later. Laboratory testing confirmed the presence of methamphetamine in the pills (example pictured above, right) with a total weight of 140.4 grams.

30.    According to records of Cash App transactions between **PHIM**'s account and **DAO**'s account, **PHIM** made three electronic payments to **DAO** in the days following the first April 2022 deal, totaling $1,001.

**e. <u>Second April 2022 deal</u>**

31.    At approximately 2:06 p.m. on the date of the deal, the undercover agent arrived at the Fernald Street address where **PHIM** was observed waiting.  The undercover agent paid **PHIM** $3,500 in official agency funds and **PHIM** gave the undercover agent approximately 1,000 fake Adderall pills (still photo from the transaction, below left). Laboratory testing of the pills confirmed the presence of methamphetamine, and a total weight of 284.0 grams.

32.    At 4:10 p.m., **PHIM** arrived at **DAO**'s residence in the black Jeep.  **PHIM** exited the car and approached the door (below, right). **PHIM** appeared to hand something to **DAO** as **DAO** opened the door.



### B. SEARCH WARRANT AT DAO'S RESIDENCE

33.    A search warrant issued by a Magistrate Judge of the United States District Court, was executed at **DAO**'s residence on April 27, 2022. Investigators seized 4,600 orange pills, weighing 1,388.7 grams, similar in appearance to the counterfeit "Adderall" methamphetamine pills sold by **PHIM** to the undercover officer. Laboratory testing confirmed the presence of methamphetamine. Investigators also found approximately 900 grams of cocaine. Over $50,000 in cash was seized from the residence. Significantly, serialized buy money from **PHIM**'s most recent drug deal with the undercover officer, the second April 2022 deal, was located amongst the cash in **DAO's** wallet and also in bundles underneath clothing in a dresser drawer. Also serialized buy money from **PHIM**'s deal with the undercover officer in February 2022 was located amongst the cash found in a purse.

### C. PHIM-GINGRAS DEALS

34.    The following paragraphs detail evidence of **GINGRAS** supplying five controlled purchases of counterfeit "Adderall" methamphetamine pills between **PHIM** and the undercover

agent, from May 2022 to September 2022. Based on earlier surveillance of **PHIM**'s deals with the undercover agent, investigators had observed a white Mercedes registered to **GINGRAS.**

      a. <u>**May 2022**</u>

      35.    Prior to the undercover agent and **PHIM** meeting, surveillance was conducted at **PHIM's** residence where **GINGRAS'** white Mercedes was observed along with **PHIM**'s blue Subaru. The white Mercedes departed. Later, at 2:07 p.m., the undercover agent arrived at 81 Lock Street in Nashua. **PHIM** entered the undercover vehicle three minutes later. The undercover agent paid **PHIM** $3,500 and **PHIM** gave the undercover agent approximately 1,000 orange pills in plastic bags (pictured below). **PHIM** then walked back into the driveway of his residence. Laboratory testing confirmed the presence of methamphetamine and a total weight of 306.0 grams.



      b. <u>**June 2022**</u>

      36.    Prior to the undercover agent and **PHIM** meeting, surveillance was conducted at **GINGRAS'** residence. Both **PHIM's** blue Subaru and **GINGRAS'** white Mercedes were parked. **PHIM**, driving the blue Subaru and speaking on a mobile phone, was observed departing **GINGRAS'** residence at 5:45 p.m. (pictured below, right). **PHIM** drove directly to the Fernald Street address where the undercover agent paid **PHIM** $4,200, and **PHIM** gave the undercover

agent approximately 1,200 fake Adderall pills (pictured below, left). Laboratory testing confirmed the presence of methamphetamine and a total weight of 391.1 grams.



**c.   July 2022**

37.    On a day in July when **PHIM** agreed to meet the undercover officer for the sale of "Adderall" and "Xanax" pills, surveillance at **GINGRAS**' residence revealed **PHIM** arriving at 1:28 p.m., after coming directly from the Fernald Street address.  **PHIM** entered **GINGRAS**' residence briefly, and an individual appearing to be **GINGRAS**' was observed in the doorway as **PHIM** approached.  **PHIM** left in the black Jeep four minutes later, at 1:42 p.m.  At approximately 3:46 p.m. back at the Fernald Street address, the undercover agent purchased 1,000 fake Adderall pills and 50 fake Xanax pills for $3,650 from **PHIM** (pictured below with pills) inside the undercover vehicle.  Laboratory testing confirmed the presence of methamphetamine and a total weight of 305.6 grams for the 1,000 "Adderall" pills.



**d.** **August 2022**

38.    On the day of a pre-arranged purchase of "Adderall" pills and cocaine by the undercover agent, **GINGRAS** drove in his white Mercedes to the Fernald Street address, arriving at approximately 12:40 p.m., where **PHIM**'s blue Subaru was already parked. The white Mercedes departed the Fernald Street address a short while later, at 1:05 p.m. At approximately 1:57 p.m. at the Fernald Street address, PHIM entered the undercover vehicle and sold 1,000 fake Adderall pills and 1/2 ounce of suspected cocaine for $4,150 (pictured below). Laboratory testing confirmed the presence of methamphetamine and a total weight of 372.9 grams.



23

**e.** **September 2022**

39.    The day before a pre-arranged deal between PHIM and the undercover agent for 1,000 "Adderall" pills and 200 "Xanax" pills, UF-1 was observed arriving at **GINGRAS'** residence in the black Jeep.  UF-1 briefly entered **GINGRAS'** residence.  Approximately seven minutes later, she returned to the black Jeep followed by **GINGRAS**.  One minute later, UF-1 left in the black Jeep.  The following day at approximately 4:00 p.m., the undercover agent met PHIM at the Fernald Street address.  PHIM entered the undercover vehicle and sold the undercover agent 1,000 fake Adderall pills and 200 fake Xanax pills or $4,100 of official agency funds (pills pictured below).  Laboratory testing confirmed the presence of methamphetamine in the counterfeit



"Adderall" pills, which weighed 274.3 grams.

## D.  SEARCH WARRANT AT GINGRAS RESIDENCE AND STORAGE UNIT

### a.  EVIDENCE FOUND AT GINGRAS' RESIDENCE

40.    Two days after the last undercover deal with **PHIM**, a search warrant was executed at **GINGRAS'** residence on September 9, 2022.  A variety of substances and paraphernalia scattered throughout the house, notably suspected cocaine, counterfeit "Xanax" pills, scales, heat sealers, and ledgers.  Most significantly, investigators recovered approximately 166.2 grams of methamphetamine pills identical in appearance to the pills **PHIM** sold to the undercover agent,

and a pill press with what appeared to be pill residue on it (depicted in images below).  Notably, law enforcement also identified paperwork reflecting GINGRAS' use of a storage unit in Chelmsford, iStorage Unit #212, which was later searched by law enforcement.



**b. EVIDENCE FOUND AT GINGRAS' STORAGE UNIT**

41.     Upon the execution of a search warrant at iStorage Unit #212, law enforcement founder various drug quantities and accessories indicative of a large-scale drug trafficking operation.  The unit contained approximately 751 methamphetamine pills with a net weight 257.3 grams, and 31 kilograms of pressed "Adderall" pills that testing later revealed to only contain caffeine (item 10, pictured below).  Investigators also found very large quantities of yellow, counterfeit "Xanax" pills (etizolam, item 16, pictured below), and numerous bags of marijuana, and boxes of THC extract products / edibles (pictured below, second row).  Finally, investigators located, amongst other evidence, pill press plates, two pill press dies marked "AD" and "30," and a stolen Springfield Armory Hellcat 9mm caliber pistol, loaded with nine 9mm rounds of ammunition (last image depicted below).







### E.  PHIM-HOLDER DEALS

42.    Following the searches and seizures of drugs from **GINGRAS**' residence and storage unit on September 9, 2022, **PHIM** moved on to a third supplier of methamphetamine pills: **HOLDER**.  The investigation revealed that **HOLDER** supplied the counterfeit "Adderall" pills ordered by the undercover agent on at least two dates in September and October 2022.

43.    The facts of both deals are similar.  They both occurred once again at the Fernald Street address for the same amounts and price as the prior deals supplied by **GINGRAS** (1,000 "Adderalls" for $3,500).  The pills sold to the undercover agent were round, marked "AD" and "30", and delivered by **PHIM** in clear, Ziplock bags, which were inside brown paper bags. Laboratory testing confirmed the presence of methamphetamine in both batches, which weighed 388.1 grams and 386.4 grams, respectively.  **HOLDER** arrived to both deals to supply **PHIM** in a black Mercedes registered in his name.

44.    Investigators seized the packaging that came with the counterfeit pills and sent it to the FBI's laboratory for testing.  FBI latent fingerprints forensics examiners tested both brown paper bags that had concealed the clear, Ziplock bags of pills sold by **PHIM**.  The examiners identified latent fingerprints on both brown paper bags.  Two latent fingerprints were located on the first bag.  They were compared to **HOLDER**'s known fingerprints, and examiners determined that the prints on the bag came from **HOLDER**'s fingers #7 and #8.  Five fingerprints were located on the second bag.  Similarly, based on their comparison, examiners concluded that the sources of three of those fingerprints were HOLDER's fingers #6, #7, and #8.

## VI.    FIREARMS AND DRUG TRAFFICKING BY SON AND CHAN

45.    Through another witness who is cooperating with the government (hereinafter referred to as "CW-2"), investigators discovered that **SON** and **CHAN** were also selling large quantities of the counterfeit "Adderall" pills that were confirmed by laboratory testing to contain methamphetamine.  In addition, they also had access to the illegal market for guns.  Between December 2022 and June 2023, SON and CHAN sold guns ordered by CW-2 or undercover officers on ten different dates, along with extra magazines and hundreds of rounds of ammunition. The serial numbers of two of the guns were obliterated, and a third gun – an AR-type rifle – had no serial numbers or markings whatsoever and was likely privately-made.  All meeting were

recorded with covert audio/video equipment, and those deals through April 2023 are summarized herein.

### a. December 2022

46.    CW-2 met **SON** at 21 Branch Street in Lowell, in front of the restaurant, Yummy Express. Prior to the meeting, CW-2 and **SON** communicated and arranged CW-2's purchase from **SON** of 300 methamphetamine pills for $650. After **SON** entered the undercover vehicle, he produced three plastic bags that each held one hundred 100 methamphetamine pills. He handed CW-2 the pills and CW-2 gave him the predetermined $650. After this exchange, **SON** and CW-2 conversed about the sale and prices of additional drugs that **SON** had access to, including weed, stronger pills, and "white girl" (a nickname for cocaine). They also discussed the sale of firearms that were accessible to **SON**, including a "Glock" containing ammunition, which he stated was for sale for $1,600.



The 300 methamphetamine pills **SON** provided to CW-2 in December 2022

### b. First January 2023 deal

47.    At the date and time of the prearranged deal with CW-2, **SON** entered the undercover vehicle parked in the Yummy Express parking lot. He carried a small black bag with him. Inside the vehicle, **SON** removed a black/gold handgun later confirmed as a Taurus, Model: G2C, 9mm caliber pistol with approximately nine (9) rounds of ammunition from the bag and

showed it to CW-2. CW-2 paid **SON** $1,200 in the exchange. **SON** then put the gun into the vehicle's glovebox. **SON** and CW-2 also discussed the sale of other firearms accessible to **SON**, including an "AR-15" for sale for $1,000.



**SON** pulling the handgun out of his bag to put into the glovebox.

### c. Second January 2023 deal

48. **SON** and CW-2 communicated via text message to arrange a deal for 300 counterfeit "Adderall" pills for six hundred dollars $600, one Ruger pistol for $950, one Zastava pistol for $1,800, and ammunition for a total of $3,350. CW-2 and an undercover agent met with **SON** in the undercover vehicle in front of Yummy Express. After entering the vehicle, **SON** handed CW-2 a blue backpack containing a black box that held one Ruger pistol and 131 rounds of ammunition, and three bags each holding 100 methamphetamine pills (for a total of 300 methamphetamine pills). CW-2 gave **SON** one $1,550 for the gun and pills. **SON** also gave the undercover agent a gray bag containing an Zastava, 7.62x39 caliber pistol and two magazines containing approximately 60 rounds of 7.62 caliber ammunition. The undercover agent thanked **SON** for obliterating the serial number on the Zastava and gave him $1,850 in return. **SON** informed CW-2 and the undercover agent that firearm shipments came in bulk on a weekly basis, and he would have additional firearms for sale soon.



The Ruger pistol and the ammunition from the black box
within the blue backpack **SON** handed to CW-2

### d. Third January 2023 deal

49.    **SON** met CW-2 in undercover vehicle in the Yummy Express parking lot. Prior to

this meeting, **SON** and CW-2 negotiated the purchase of 300 "Adderall" pills for $600. During the

meeting within the vehicle, **SON** placed a bag containing three smaller bags each containing 100

methamphetamine pills (for a total of 300 methamphetamine pills) into the vehicle's glovebox.

Leading up to the meeting, **SON** and CW-2 had discussed through text message about the sale of

other firearms, but they were unable to arrange the purchase. After placing the pills in the

glovebox, **SON** and CW-2 conversed about the future sale of firearms, including the "AR-15"

again.



Left: **SON** showing CW-2 the pills after he pulled them out of a bag Right: **SON** accepting the $600
CW-2 gave him for the pills

### e.  Fourth January 2023 deal

50.    **SON** and CW-2 met in undercover vehicle in the parking lot of Yummy Express. During the meeting, **SON** took a Taurus pistol with one magazine of ammunition from his pants pocket and placed it into the vehicle's glovebox, along with a green bag containing three additional empty magazines. CW-2 paid **SON** $950. For approximately seventeen minutes, **SON** and CW-2 conversed about **SON**'s access to contraband, such as two brothers who supplied **SON** with drugs and firearms. **SON** and CW-2 also continued to discuss a deal for an "AR-15," which **SON** indicated would cost $2,000.



Left: **SON** holding the Taurus pistol after taking it out of his pocket Right: **SON** producing a magazine from the green bag

### f.  Fifth January 2023 deal

51.    CW-2 and **SON** met again in the undercover vehicle in the Yummy Express parking lot.  Prior to this meeting, **SON** and CW-2 discussed via text message the purchase of a pistol, revolver, and ammunition, as well as a future sale of an "AR-15"-type rifle.  At the deal, **SON** provided CW-2 with a Glock 27 .40 caliber pistol with one magazine containing approximately 4 rounds of .40 caliber ammunition, and a Ruger LCR, .38 special caliber revolver.  In return, CW-2 gave **SON** $1,000 for the pistol, eight hundred dollars $800 for the revolver, and an additional $100 for a total of $1,900.  **SON** and CW-2 discussed their next firearms deal.



Left: **SON** pulling out the Glock pistol from his sweatshirt pocket Right: **SON** removing the Ruger revolver from his bag

### g. First February 2023 deal

52.    **SON** met CW-2 again in the undercover vehicle in the Yummy Express parking lot.  In their text messages before the meeting, SON and CW-2 negotiated a deal for a "G3C" pistol and "AR-15" rifle from **SON** to CW-2.  However, **SON** could not acquire the "AR-15" rifle by the time of the meeting.  At the deal, **SON** gave CW-2 a Taurus, G3C, 9mm caliber pistol and 12 rounds of 9mm caliber ammunition, and CW-2 gave **SON** $850 in return.  CW-2 and **SON** then discussed another potential deal for the "AR-15" rifle, a Glock pistol with an extended magazine, and a Glock pistol with a "switch."



**SON** handing the Taurus pistol to CW-2

### h. Second February 2023 deal

53.     **SON** and CW-2 met in the undercover vehicle in the parking lot of Yummy Express.  **SON** provided CW-2 with a Glock 19 9mm caliber pistol, two 9mm caliber magazines containing 45 rounds in total, and one .223 caliber "AR"-type rifle with a magazine containing 20 rounds of .223 caliber ammunition.  The rifle bore no serial numbers or markings and is believed to be privately-made.  CW-2 purchased these items for $3,200.  In addition, **SON** and CW-2 discussed the future sale of a Glock pistol switch device.  **SON** implied that the owner of the switch device was in Lynn, MA.  He also mentioned having a female source of "addies" *i.e.*, methamphetamine pills.



Left: **SON** entering the vehicle with an "AR"-type rifle hidden under a towel Right: **SON** pulling out a Glock pistol from his jacket pocket

### i. First March 2023 deal

54.     CW-2 and an undercover agent met with **SON** in the undercover vehicle in the Yummy Express parking lot.  In text messages prior to this meeting, **SON** and CW-2 arranged for the delivery of 1,000 "Adderall" methamphetamine pills.  **SON** and CW-2 could not agree on a deal for any firearms because **SON**'s firearms sources' prices were too high.  In the vehicle, **SON** provided the undercover agent with approximately 1,000 methamphetamine pills, and the undercover agent paid $1,600 cash.

55.     The three parties discussed various firearms-related topics. The undercover agent asked about where **SON** obtained firearms, specifically the privately made "AR"-style rifle that **SON** had previously sold CW-2. **SON** explained that it had come from someone else in Maine, and he had multiple sources of firearms. **SON** noted that "his boy" in Maine was "risking his license" because the purchases were "registered under his name, so if anything happens, that's on him." **SON** also described his preference for one supplier over the other, who was "too expensive." Showing that **SON** believed that CW-2 was in the business of reselling the firearms that he sold to CW-2, **SON** stated, in sum and substance, that he would probably stop going to the "expensive" source, "because if my guy can't eat," *i.e.*, make a profit, then it wasn't worth it.

56.     With respect to "switches," **SON** said that they are "machineguns" and he didn't like holding on to them ("I don't sit on them"). **SON** also said that he doesn't like to deal with anything that carries a 10-year prison sentence, which was why he didn't want to hold on to them ("don't want to do 10 years").

### j. Second March 2023 deal

57.     **SON** and CW-2 met inside the undercover vehicle in the parking lot of the New Asian Market located at 35 Willie Street in Lowell. After entering the vehicle, **SON** produced a Smith and Wesson 9mm caliber pistol that was loaded with 7 rounds of assorted 9mm caliber ammunition and a "switch" (machinegun conversion device) from his sweatshirt pocket. **SON** demonstrated how to assemble the switch device. CW-2 gave **SON** the agreed-upon price ($1,850) of the firearms. CW-2 asked **SON** about buying more "switches."

### k. Third March 2023 deal

58.     Prior to meeting CW-2 again, **SON** informed CW-2 via text message that he would no longer be dealing guns or drugs because he wanted to focus on his family. **SON** provided CW-

2 with **CHAN**'s phone number, stating that **CHAN** had "everything" CW-2 needed. Over text messages, **CHAN** and CW-2 connected and agreed to meet the next day for the purchase and sale of two "switches." At the agreed-upon time and place of the deal, surveillance officers observed SON driving his Honda Pilot – the same vehicle **SON** arrived in during all previous buys with CW-2 – with **CHAN** in the passenger seat. **SON** dropped **CHAN** off and waited while **CHAN** cut through a laundromat and met CW-2 inside the undercover vehicle. **CHAN** produced two bags each containing a machinegun conversion device. CW-2 paid $1,700 cash to **CHAN**. **CHAN** and CW-2 discussed more deals for "switches" and firearms in the future. **CHAN** stated that he could make gun parts and had firearms accessible to him. When **CHAN** left the undercover vehicle, he returned to the Honda Pilot by going through the laundromat again.

**l.    April 2023**

59.    **CHAN** met with CW-2 in the undercover vehicle in the New Asian Market parking lot again. **CHAN** was observed exiting the passenger door of **SON**'s Honda Pilot in the vicinity of the New Asian Market. **CHAN** walked through a laundromat before entering the undercover vehicle. Inside, **CHAN** handed a black bag to CW-2. The bag contained a Smith and Wesson, model M& P, .40 caliber pistol, a Glock, Model: 17, 9mm caliber pistol, two machinegun conversion devices, and a total of 47 rounds of ammunition. CW-2 gave **CHAN** $3,500 in return, which was the price they had agreed upon via text prior to the exchange. During the meeting, **CHAN** and CW-2 discussed the future sale of additional firearms and "switches", and the process of installing one onto a pistol.



CHAN exiting the Honda Pilot before the meet meeting CW-2 in April 2023

## VII.    BRIEF DESCRIPTIONS OF DEFENDANTS AND GANG ASSOCIATIONS / CRIMINAL HISTORIES

### A.    SARY RATH, a/k/a "BG," a/k/a "Bad Guy," a/k/a "Baby Gangsta"

60.    **SARY RATH ("RATH")** is a leader of ABZ in Lowell.  According to Lowell Police Department records, **RATH** has been a known, self-admitted member of ABZ for at least the last 15 years.  **RATH** promotes the "Money Affiliated, LLC" clothing line and brand in tandem with his rap business.  **RATH** records and performs rap songs with others, and he represents the ABZ Crip gang in his music.

61.    **RATH** was convicted for Carrying a Dangerous Weapon in 2005;  Possession of Ammunition, Firearm with Defaced Serial Number, Armed Career Criminal, and Possession of Firearm Violation in 2007; Possession of a Firearm with Ammunition and Possession of a Firearm without a Permit in 2009; Possession of Class B Controlled Substance (cocaine) in 2010; and Possession of Class B Controlled Substance, Trafficking a Controlled Substance (over 18 grams), Possession of Ammunition with No ID Card, and Possession of a Firearm without a permit in 2022.  **RATH** is currently incarcerated after being sentenced in 2022 for the 2016 drug trafficking charge, which was the result of a search warrant at **RATH's** residence. Officers recovered a

36

substantial amount of drugs to include over 21 grams of cocaine, 330 grams of MDMA powder, 58 grams of MDMA crystal, 474 orange ecstasy pills (stamped "Tesla"), a loaded gun, and cash, among other things.

**B.    ANEL REYES, a/k/a "A-TECC," a/k/a "A.T.E.C."**

62.    As a result of this investigation, I believe **ANEL REYES ("REYES")** is an associate of ABZ.  In a social media post, dated January 21, 2022, visible on **REYES'** Facebook page, **REYES** expressed his alliance with ABZ when he stated, "Either you with me or you with them ain't no in between #ABZ".  Another identified ABZ members commented on the post.



63.    **REYES** – using the alias "A.T.E.C." – is also featured in **RATH's** rap music, including the Money Affiliated music video entitled "Better Now", published on the YouTube website.[26]

64.    **REYES'** criminal history includes convictions for Assault & Battery on a Family Member (2021), Assault & Battery and Breaking & Entering (2018), and Possession to Distribute Class D (2018) among other motor vehicle and property offenses.

**C.    SAMNANG SON, a/k/a "SMILEY,"**

65.    **SAMNANG SON ("SON")** is a member of ABZ.  In 2022, **SON** was present during a gang related shooting at **RATH's** mothers' residence located at 33 Spring Avenue in Lowell.  **RATH's** sister, who shares children with **SON**, was also living at this address. A member of the group, Self Made, a splinter set of ABZ, was charged with this shooting.

66.    **SON** has convictions for A&B on a Police Officer and Resisting Arrest in 2016. **SON** was residing with **RATH** at 79 Pratt Avenue when police searched the house in 2016 with a warrant, which resulted in **RATH's** 2022 conviction. **SON** was also indicted in Middlesex Superior Court but the case was later dismissed, in January 2021.

---

[26] BG & ATEC, Better Now, YouTube accessible at https://www.youtube.com/watch?v=BvCN0xbPrxQ (last accessed July 27, 2023)



Source: Facebook **Samnang SON, a/k/a SMILEY and Sary RATH, a/k/a BG** on the set of a music video

### D.    BILLY CHAN, a/k/a JUJU,"

67.    **BILLY CHAN ("CHAN")** is an associate of the Young Crip Hitters, a gang aligned with ABZ. **CHAN** lived with **SON** at 11 Greendale Avenue in Lowell. **CHAN** has no criminal history. **CHAN** is a close associate of **RATH's** son, who also identifies with the Young Crip Hitters.

### E.    BILL PHIM, a/k/a "BONEZ,"

68.    **BILL PHIM ("PHIM")** is a self-admitted member of ABZ. **PHIM's** association with ABZ goes back to at least 2007 according to Lowell Police Department reports. **PHIM** has an Asian Boyz tattoo on his left arm and the letters C-R-I-P on the fingers of his left hand.

 

Source: (Left)Facebook photo of **Bill PHIM, a/k/a "Bonez,"** showing tattoos (Right) Facebook photo showing **PHIM** (middle) with Money Affiliated sweatshirt, displaying gang signs ("A") representing ABZ

69.    During this investigation **PHIM** talked about what he would do if he was being "set up" on a drug deal. In a conversation with the CW-1, **PHIM** asked if his customer is "good". He went on to say:

<u>Excerpt from recording in February 2022</u>

PHIM:          [UI] Yo, if he try to act I will smoke that nigga in the car.

CW-1:          What happened?

PHIM:          Nah, I'm saying if he act out I'll smoke his ass but

CW-1:          Wh-what do you mean like [OV]

PHIM:          No, no like, smoke his ass. Like, shoot his ass. If he try to act up.
CW-1:          You mean like if he tries to steal-steal from you?

PHIM:          No, no, if he try to rob me.

CW-1:          Yeah bro he's not gonna fuckin rob you [UI] fuckin you would kill him [OV]

PHIM:          I would too, so yeah.

CW-1:          Yeah facts [OV]

PHIM:       Yo if you wanna eat uh-uh that shi-that shit went down to a little bit too so, [UI] 50 cents off of that shit. If you wanna do it still.

CW-1:       Alright we'll figure it out bro, we'll see. But um [OV]

PHIM:       Let me know cause I'm doin-I'm doin some drop offs soon so, doesn't matter. It's on you, I-I'll still do the drop off, you feel me?

CW-1:       Yeah I feel you

PHIM:       Yeah the-then I-I'll still have my gat [PH] whatever the fuck, I don't give a damn. And

CW-1:       He um, I-I gave him oranges before, but I gave him the big ones.

PHIM:       Oh the other ones. Okay okay okay

CW-1:       So that might be, we-we'll see if he's cool with the small ones.

PHIM:       Ight [PH] let's see let's see let's see let's see [OV] he he-a-all he just asked, all he asked was just oranges but [UI] just don't- just don't, you know what I'm saying? I'm not trying to get burnt off shit, you feel me?

CW-1:       Yeah I feel you bro, I feel you no, I-I understand

PHIM:       [UI]

CW-1:       No, you take-you take the money up front n-no matter what it is, okay?

PHIM:       Na na na, I'm- I told him we gon [PH] meet in a- we gon meet in a public spot and we gon go inside and eat some food.

CW-1:       Ight bet. [Laughs] that's so funny [laughs] yeah he has a fuckin beard and shit. That's hilarious.

PHIM:       Thi-this is some mafia shit [laughs]

CW-1:       [UI] Hell yeah brother

PHIM:       We gon eat food, we gon pass it under the table, and we gon finish our shit and dip.

CW-1:       [laughs]

PHIM:       So I-I-I'm I'm gonna show how we gon- how I run my shit now, and how everything gon go.

70.     **PHIM's** criminal history includes convictions for Possession of Ammunition without a Firearm ID card and Disturbing the Peace (2011), Resisting Arrest, Disorderly Conduct (CWOF) and Assault and Battery with a Dangerous Weapon (2006), among several motor vehicle related offenses.

**F.      ERICKSON DAO, a/k/a "SILENT,"**

71.     **ERICKSON DAO ("DAO")** is a known member of ABZ. **DAO** has no convictions on his criminal record. **DAO** is featured in many of the Money Affiliated music videos with other ABZ members, representing ABZ, and wearing ABZ colors and Money Affiliated clothing. **DAO** is pictured below with other identified ABZ members, displaying a gang sign representing the letter "A" for ABZ.



Source: Facebook **Marcus HOLDER, a/k/a HEARTLESS, Sary RATH, a/k/a BG and Erickson DAO, a/k/a SILENT displaying ABZ gang signs ("A")**

### G.    BRIAN GINGRAS, "CHEECH,"

72.    **BRIAN GINGRAS ("GINGRAS")** is a close associate of ABZ. **GINGRAS** has an open case in Ayer District Court for Carrying a Dangerous Weapon (brass knuckles). These charges were the result of a motor vehicle stop conducted by an officer in Westford. According to the police report, **GINGRAS** was initially stopped for motor vehicle violations but the stop resulted in officers locating 7.5 oz of marijuana, a marijuana bowl (smoking device), a crack pipe with burnt residue and various tied up baggies containing Brillo pad (a type if steel wool, that is commonly used as a means to filter crack/cocaine inside of a pipe when smoking) and brass knuckles. **GINGRAS** also has drug related offenses on his criminal record that resulted in continuances without findings**.**



Source: Facebook (far left) **Brian GINGRAS, a/k/a CHEECH** (wearing Money Affiliated hat) with **Sary RATH, a/k/a BG, a/k/a BAD GUY, a/k/a BABY GANGSTER**, and other ABZ associates.

### H.    MARCUS HOLDER, a/k/a HEARTLESS

73.    **MARCUS HOLDER ("HOLDER")** is a member of ABZ, according to Lowell police reports. **HOLDER's** association with ABZ dates back to at least 2017, when **HOLDER** was observed attending a concert with other ABZ members at the Mill City Ballroom in Lowell. During this investigation, agents observed a Snapchat video that was filmed at **HOLDER's**

residence. In the video agents identified ABZ members **HOLDER** and **PHIM**, as well as others not charged in this case. At one point in the video, multiple firearms were in view while one unidentified subject wearing a Money Affiliated sweatshirt was pointing a firearm.



Source: Snapchat

74.     **HOLDER** has no convictions on his criminal record, however, Lynn Police Department revoked **HOLDER's** License To Carry Firearms (LTC) on April 12, 2018.

## I.     JOSEPH BAGROWSKI

75.     J**OSEPH BAGROWSKI ("BAGROWSKI")** is an ABZ associate.

**BAGROWSKI's** criminal record includes convictions for Vandalism (2014), Abuse Prevention Act, Vandalism, and two counts of Assault & Battery (2006), Possession to Distribute Class D (Marijuana) and Conspiracy to Violate Controlled Substance Act (2006), Assault & Battery with

a Dangerous Weapon (2006), and Possession of Class D Controlled Substance (Marijuana) (2005).



Source: Facebook **Joseph BAGROWSKI,  a/k/a JOE B**, and two identified ABZ members, displaying ABZ gang signs ("A")   and ("C" for Crip)

I declare under penalty of perjury that the foregoing is true and correct.  28 U.S.C. § 1746.  Executed on July 28, 2023

MATTHEW R. ZAREMBA
Special Agent
Federal Bureau of Investigation